**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JON FREY**, | : | |
| | : | Case No.   19-cv-01467-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **ETHOS DATA MANAGEMENT, INC.**, | : | |
| | : | |
| *Defendant* | : | |

## <u>ORDER</u>

**AND NOW**, this 16th day of December, 2019, upon review of the docket in the above-captioned case and it being apparent that Plaintiff has not filed proof of service of the Summons and Complaint upon Defendant within the 90-day deadline under Federal Rule of Civil Procedure 4(m), and upon consideration of Plaintiff's failure to respond to the Court's Show Cause Order of November 19, 2019 (ECF No. 5), it is **ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

   **IT IS SO ORDERED.**

                                                            **BY THE COURT:**

                                                            /s/ Judge John Milton Younge
                                                            _____
                                                            **Judge John Milton Younge**